UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05M-1012-JGD |
| ) | |
| Boris Ellis, ) | |
| a/k/a "Christopher Morgan," ) | |
| a/k/a "Delroy A. Coke," ) | |
| a/k/a "Delroy Cox," ) | |
| Defendant. ) | |

## AFFIDAVIT IN SUPPORT OF RULE 5(c) PROCEEDING

I, Special Agent Ernest Verina, U.S. Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), do hereby make oath before the Honorable Judith G. Dein, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one **BORIS ELLIS, a/k/a Christopher Morgan, a/k/a Delroy A. Coke and a/k/a Delroy Cox,** on a criminal complaint filed in the Southern District of New York charging the defendant with 8 U.S.C. § 1326(a) and (b)(2) -- Illegal Re-entry, Criminal No. 05 MAG 0113, and I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above.

A copy of said warrant is attached.

*[signature]*
SPECIAL AGENT ERNEST VERINA
United States Department of Homeland Security
Immigration and Customs Enforcement ("ICE")

Subscribed and sworn to before me this 3rd day of February, 2005.

*[signature: Judith Gail Dein]*
Honorable Judith G. Dein
United States Magistrate Judge