ORIGINAL

AO 12 (Rev. 6/82)    WARRANT FOR ARREST    05m-1012 JGD

| United States District Court | DISTRICT<br>SOUTHERN DISTRICT OF NEW YORK | |
|---|---|---|
| UNITED STATES OF AMERICA<br>v.<br>BORIS ELLIS, a/k/a "Christopher Morgan," a/k/a "Delroy A. Coke," a/k/a "Delroy Cox," | DOCKET NO.<br>05 MAG 0113 | MAGISTRATE'S CASE NO. |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>BORIS ELLIS | |
| WARRANT ISSUED ON THE BASIS OF:   ☐ Order of Court<br>☐ Indictment   ☐ Information   X Complaint | DISTRICT OF ARREST | |
| TO:<br>ANY AUTHORIZED FEDERAL LAW ENFORCEMENT OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

Illegal reentry

A TRUE COPY
UNITED STATES MAGISTRATE
FOR THE SOUTHERN DISTRICT OF N.Y.
*[signature]* DEPUTY CLERK

| IN VIOLATION OF<br>HENRY PITMAN<br>United States Magistrate Judge<br>Southern District of New York | UNITED STATES CODE TITLE<br>8 | SECTION<br>1326(a) and (b)(2) |
|---|---|---|
| | BAIL | OTHER CONDITIONS OF RELEASE |
| ORDERED BY<br>HON. FRANK B. MAAS | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE)<br>*[signature]* | DATE ORDERED<br>JAN 19 2005 |
| CLERK OF COURT<br>MICHAEL McMAHON | (BY) DEPUTY CLERK | DATE ISSUED |

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.