UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05m-1012-JGD |
| ) | |
| Boris Ellis, ) | |
| a/k/a "Christopher Morgan," ) | |
| a/k/a "Delroy A. Coke," ) | |
| a/k/a "Delroy Cox," ) | |
| Defendant. ) | |

*2/3/05 Allowed
Judith Gail Dein, USMJ*

## GOVERNMENT'S MOTION TO UNSEAL CRIMINAL COMPLAINT

The United States of America hereby moves this Court to direct that the criminal complaint be unsealed. In support of this motion, the government states that the defendant was arrested on February 3, 2005, and that there is no further reason to keep the criminal complaint secret.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
ANTOINETTE E.M. LEONEY
SANDRA S. BOWER
Assistant U.S. Attorneys

Date: February 3, 2005