# United States District Court
## District of Massachusetts

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>V. )<br>)<br>BORIS ELLIS )<br>Defendant. ) | Case Number: 05m-1012-JGD<br>Charging District No. 05-0113 |

## COMMITMENT TO ANOTHER DISTRICT

**DEIN, U.S.M.J.**                                                          **FEBRUARY 04, 2005**

The defendant is charged with a violation of Title __8__ U.S.C. __1326__ alleged to have been committed in the Southern District of New York.

Brief Description of Charge(s):   Illegal Reentry

The defendant has been unable to obtain release under the bail Reform Act of 1984, 18, U.S.C. §3141-3143.

**TO:   THE UNITED STATES MARSHAL**

You hare hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant, all proceedings required by Fed .R. Crim. P. 5 having been completed.

Date   February 04, 2005

_Judith Gail Dein_
UNITED STATES MAGISTRATE JUDGE

| RETURN | | |
|---|---|---|
| THIS COMMITMENT WAS RECEIVED AND EXECUTED AS FOLLOWS: | | |
| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |